UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES EFE HENDERSON and
CELESTE WAKELY,

        Plaintiffs,

                                                      Case No. 11-CV-12430
v.                                                 HON. GEORGE CARAM STEEH

MARSHALLS DEPARTMENT STORES
and TJX COMPANIES, INC.,

        Defendants.

_____/

## JUDGMENT

The above entitled matter has come before the court on defendants' motion for summary judgment, and in accordance with the court's order granting the motion entered this date,

IT IS ORDERED AND ADJUDGED that judgment hereby is GRANTED in favor of defendants.

                                                DAVID J. WEAVER
                                                CLERK OF THE COURT

                                                BY: s/Josephine Chaffee
                                                    DEPUTY COURT CLERK

Dated:  April 16, 2012